[No. 24794-1-II.   Division Two.   January 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN GEORGE NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00875-0, D. Gary Steiner, J., entered April 22, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24402-1-II.   Division Two.   January 19, 2001.]

ALEXANDER McLAREN, *Appellant*, v. MARTIN SCHAEFERLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-05459-9, Rudolph J. Tollefson, J., entered January 11, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 24963-4-II.   Division Two.   January 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ERNEST JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00456-1, Richard L. Brosey, J., entered June 21, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 25160-4-II.   Division Two.   January 19, 2001.]

LINDA HERMAN, *Appellant*, v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-08168-3, Rosanne Buckner, J., entered September 3, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Houghton, JJ. Now published at 104 Wn. App. 783.